FILED 29 APR '24 11:24 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Portland _____ DIVISION

_Jesse lee Hopkins_
*(Enter full name of plaintiff)*

Plaintiff,

v.

_LT. Roughton -FCI Sheridan_
_WARDEN Jacquez-FCI Sheridan_
_Assistant Warden Bills- eTal.,_
*(Enter full name of ALL defendant(s))* 20 Total Defendants

Defendant(s).

Civil Case No. _3:24-cv-00222-MO_
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)
Amended per Judges
Orders

Jury Trial Demanded
☒ Yes   ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: _Jesse lee Hopkins FCI Sheridan_
Street Address: _P.O. Box 5000_
City, State & Zip Code: _Sheridan, OR 97378_
Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

**Defendant No. 1**    Name: _LT. Roughton FCI sheridan_    OFFicial capacity

Street Address: _PO Box 8000_

City, State & Zip Code: _sheridan Oregon 97378_

Telephone No.: _____

**Defendant No. 2**    Name: _WARDEN Jacquez FCI sheridan_    OFFicial capacity

Street Address: _PO Box 8000_

City, State & Zip Code: _sheridan OR 97378_

Telephone No.: _____

**Defendant No. 3**    Name: _ASSISTANT WARDEN Bills FCI sheridan_    OFFicial capacity

Street Address: _PO Box 8000_

City, State & Zip Code: _sheridan OR 97378_

Telephone No.: _____

**Defendant No. 4**    Name: _SIS OFFICER PAPP FCI sheridan_    OFFicial capacity

Street Address: _PO Box 8000_

City, State & Zip Code: _sheridan, OR 97378_

Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

Defendant No 5. SIS Officer Thomas FCI Sheridan
P.O. Box 8000
Sheridan, OR 97378          Official
capacity

Defendant No 6. Captain J. Cerrone FCI Sheridan
P.O. Box 8000                Official
Sheridan, OR 97378          capacity

Defendant No. 7. Correction Officer T. Skeffington FCI Sheridan
P.O. Box 8000
Sheridan, OR 97378          Official
capacity

Defendant No. 8 Case Manager Johnson FCI Sheridan
P.O. Box 8000                Official
Sheridan, OR 97378          capacity

Defendant No. 9. c/o Blanton FCI Sheridan
P.O. Box 8000                Official
Sheridan, OR 97378          capacity

Defendant No. 10    c/o Huerta    FCI Sheridan
P.O. Box 8000
Sheridan, OR 97378    Official
capacity

Defendant No. 11    c/o Winkler    FCI Sheridan
P.O. Box 8000
Sheridan OR 97378    Official
capacity

Defendant No 12    c/o Polascio    FCI Sheridan
P.O. Box 8000    Official
Sheridan, OR    capacity
97378

Defendant No 13    c/o Vasquez    FCI Sheridan
P.O. Box 8000    Official
Sheridan, OR    capacity
97378

Defendant No 14.    c/o Coyle    FCI Sheridan
P.O. Box 8000    Official
Sheridan, OR    capacity
97378

FCI Sheridan    Official
capacity
Defendant No 15    Dr. Ayala Rubio Neison MD
P.O. Box 8000
Sheridan, OR 97378

Defendant No. 16  NURSE BERGMAN        FCI Sheridan
            P.O. Box 8000
            Sheridan, OR 97378          Official
                                        capacity

Defendant No. 17   NURSE Heidt    FCI Sheridan
            P.O. Box 8000
            Sheridan, OR               Official
                       97378            capacity

                                         FCI Sheridan
Defendant No. 18   MEDICAL Administrator Zaragoza
            P.O. Box 8000
            Sheridan, OR               Official
                       97378            capacity

                                          F.C.I.
Defendant 19    Dr Crassley MD Medical Director Sheridan
            P.O. Box 8000              Official
            Sheridan OR                capacity
                       97378

Defendant 20.    NURSE Pond         FCI Sheridan
            P.O. Box 8000            Official
            Sheridan, OR             capacity
                       97378

All Defendants work At FCI Sheridan

STATEMENT OF REASONS

Each Defendant is Acknowledged in claims one - Seven And how They Fit into This Bivens complaint What They did By NAME And how They violated my Constitutional Rights.

Thank you

Jesse Lee Hopkins

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

MEdical negligence, Deliberate indifference, cruel &
unusual punishment, Failure to protect, delay in Medical
Treatment, Equal protection clooses And Descrimination of A Transgender
property loss. sexual Harrassment.

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

On December 28, 2023, I Arrived At FCI sheridan
And was Met By SIS officer Thomas And he was Told
That I Testified in Multiple cases And cooperated in cases out
Of Montana in High profile Murder case Against Preston Rossbach
And Johnothon Witthorth in A High profile Murder case And
There were Threats on This yard. He Forced Me To Go To The unit
And said to let staff know. Within six hours I was Threatened
To Be killed And ran up on several Time And told to Meet people
in their houses. My life was in serious Danger. Thomas, SIS PHP
And LT Roughton were Made Aware And All seen The File
sent with cooperation Agreement, in Murder cases sent By The
Judge out Of Montana That sentenced 5 people to life in prison requesting
wit sec. I wrote The Judge And They knew sis Block At FDC sec Tac
Recieved The sAMe packet.    Claim II    And Did nothing About it.

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

In January of 2024 I was placed in A cell with A
predatory violent inmate By officers Huerta & C/o Clouten

At the command of LT. Roughton to House with an active Gang member of the people or Gang out of Montana that has placed an $80,000.00 hit on my head. This inmate was caught with a shank and had one in his cell and was forcefully Raping me. I could not hit a panic button because there is none. I was scared for my life and could not report it until I was called out for an attorney call on January 31st, 2024. After he had Raped me multiple times.

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Since arriving at FCI Sheridan I have been seeing Dr Ayala Rubio nelson MD & have seen Dr Grassley For A serious Anal Rectal Abcess & A GI Bleed That is causing me to Be severely ill. 4 four Months I have this with no specialist. I have 6 specialist I need to see. GI specialist, ENT For nose & Throat Cancer, cardiolgist For A Heart problem, neurology For Brain stem strokes, urology For kidney stones & Prostititius, Testicular tumor, Scans, Ultra sound, upper GI, Traumatic Brain Injury, Lung nodules, Seizure Disorder, ulcerative collitis crohns,

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Claim III Extension

The Fact that I have serious Anal Rectal infection. I need immediate medical care. I am very sick. The Abcess started from Being Raped. They Are Aware of that.

February of 2024 I was laying on the Floor Crying in tears Screaming and took staff 5 hours to take me to the hospital to Find that I had A kidney stone lodged in my ureters. The Hospital Believed that A serious pain Management Treatment plan was Needed And the Dr.'s And nurse Heidt And nurse Borgman Left me laying on the Floor crying in severe pain For (5) Day trying to pass the kidney stone. During that time while standing Attempting to pee I Fell Hit my head And had A seizure And inmate curtis clanico Got the nurse's Attention (Nurse pinal) And she Left me on the Floor For curtis clanico to Attend to me where I coulve Died with A concussion. The Dr. Ayala Rubio seen me on February the 26th, And Added A second seizure med. Four Month have passed And Just A surgeon looked At the Anal Rectal Abcess And Requested Two Months Ago An Emergency GI consult.

Claim 4

, On March 18 C/O Sheffington was At my
door Talking to my cell mate And called me A Faggot
punk Bitch in front of C/O Winkler & C/O Poloscio
Were he Admitted to Reading my File And knew I
was A Transgender Inmate. Neither of the officers
reported this. I reported this to Administrator
Carpenter And captain J. Cerone Along with 8
other inmates that wrote Declarations & I Asked
to call them As witnesses in this case. The other
officers Just laughed. On several Different
occasions He (Sheffington) continued to call me And my
Transgender cell mate Faggots for no Apparent Reason.
That is Absurd. He continued to sexually Harrass me & 4 other
inmates Reported it to J. Cerone. Officer Vasquez
was present During These incidents And Allowed this staff
Misconduct to continue without Mandatory Reporting.

claim 5

ON December 28 2023 I transferred & I
have A copy of the property sheet and The prison
LOST OVER A $ 2,000 in property I have Been in
SHO For 4 MONTH NOW. this is AN ISSUE ON suit.

Claim 6

I have Been Asking To Get placed in
the program For A Gender change. I am A
Transgender Diagnosed with Gender Dysphoria
And I had to Beg staff To Get clothing, Bras And
panties, I am on spironolactone with out Estrogen
Due to Recent cva/strokes And Am Being prevented
From Taking A Blood Thinner Because of a
serious GI Bleed. I am not Getting the Gender
conforming care that I need. They continued to
house me with sexual predators until of Recent.
As well As staff member poloscio offered me to
"suck his Dick" on my Return From the hospital From
the kidney stone This is An ongoing issue of Mistreatment,
staff misconduct And sexual Harrassment of Transgender
inmate's Like myself

Claim 7

Case Manager Johnson Refuses me the right to Exhaust fully By refusing me Grievances And was Aware of the prior issue in Sea Tac Where staff Accidentally classified me As A Sex Offender And messed up my classification & ignore serious safety & security issue's that could cost me my life in the fed.

people Are Getting murdered Because of negligence or purposeful Actions By Bop staff

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes        ☐ No

## V.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

A. issue A Declatory Judgement stating that

1). The physical & sexual Abuse & Harrassment of the plaintiff by defendan's polostio, skeffington, winkler & vasquez violated the plaintiff's rights under the Eight Amendment deliberate indifference, sexual Harrassment, Equal protection clauses

2) Defendant captain J. cerone for failure to take Action to curb the physical Abuse of prisoners violate ste plaintiff's rights under the Eight Amendment of the constitution

3) the Defendans DR Agala Robio, DR grassley-Medical Director, Director of Nursing ferlosoccer, Nurse heidt, nurse Burgman, & Nurse pond, (see extension to relief on the Back of this page.)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20th day of April, 2024.

_____
(Signature of Plaintiff)

Extension of Relief

Actions in Failing to provide Adequate medical care
And continue to violate The plaintiffs Rights under The
Eight Amendment

B). Issue An Injunctive Relief ordering Defendants Dr.
Ayala Rubio nelson, Dr Gressley or Their Agents To:

1). Immediately Arrange For Te plaintiff's need For serious
specialist And Emergency consults To Be Moved to
A Federal Medical center

2) Before The plaintiff Dies Get serious medical Treatment
Now

3) Carry out Without Anymore Delay Treatment Directed by
prior specialist.

C). Award compensatory Damages in Te Following:
1) $100,000.00 Jointly And severely Against Defendants
Skeffington, pond, LT Roughton For physical &
Emotional injuries
2) $10,000 Joint And severally Against Defendant's Huerta,
Glausten, Dr. Agala Rubio nelson For Te punishment & Failing
To protect me From sexual Assault And inadequate medical
care, Delay in Treatment.
3) $50,000 Jointly And severely Against Defendants
Ayala Rubio nelson, Dr gressley, medical Director zamorxog,



NURSE pond, NURSE Heidt, NURSE Bingman For physical And Emotional injury Resulting From Their Failure to provide Adequate Medical care To The Plaintiff.

4. 3,000 in property loss And Damage

D.

1. 20,000

2. 20,000

3. 10,000

F. grant such other Reliefs As it Appears That The Plaintiff is Entitled.

Dated This 20th Day of April, 2024.

/s/ _____

Jesse Lee Hopkins pro se

Jesse Lee Hopkin
REG# 09849 046
Federal Correctional institute
P.O. Box 5000
Sheridan, OR 97378

EMERGENT
LEGAL MAIL
CONFIDENTIAL
AMENDED

UNITED STATES
POSTAL SERVICE®

RDC 99

97204

$0.00

R2305M143358-09

APR 24, 2024

FREEDOM FREEDOM
FOREVER/USA FOREVER/USA

United States District Court
Office of the clerk
District of Oregon
740 United States Courthouse
1000 S.W. Third Avenue
Portland, Oregon
97204-2902